ALL POSTING RELATING TO THIS PORTION OF DOCKET 42 ARE TO BE DONE

ON DOCKET PAGE 42A WHEN RELATING TO BOTH JP-42A and JP-42B

5/15/70 *B* Response of pl. Elizabeth B. Scott & John H. Scott, Md. No. 21478

8/25/70 *B* STATUS REPORT of defendant Allegheny Airlines

9/25/70   Opinion and Order deny transfer of Bradford cases under Section 1407.

DOCKET NO. 42 B

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTERS NEAR BRADFORD, PENNSYLVANIA ON DECEMBER 24, 1968 AND JANUARY 6, 1969

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| | SCH. B. -- JAN. 6, 1969 Crash | | | | |
| B-1 | Marian F. Perry, etc. v. Allegheny Airlines, Inc. | New Jersey 1047-69 | Cohen | dismissed 4/30/70 | |
| B-2 | Norma B. Abbate, etc. v. Allegheny Airlines, Inc. *dism 2/1/72* | W.D. Pa. 117-69 Erie | Weber | | |
| B-3 | Elizabeth B. Scott and John H. Scott, etc. v. Allegheny Airlines, Inc. | Maryland 21478 | Kaufman | | |
| B-4 | Lydia Anne Hardman, etc. v. Allegheny Airlines, Inc. (TAG-ALONG CASE) | M. Pa. 69-524 | | | |
| B-5 | Sandy T. Cherico v. Allegheny Airlines, Inc. *dism 12/1/71* | W.D. Pa. 49-70 Erie | | | |
| ~~B-6~~ | ~~Joe R. Joseph, et al. v. United Air Lines~~ *NOT RELATED* | ~~W.D. Pa. 70-24~~ | | | |
| B-7 | James G. Baumgardner v. Allegheny Airlines, Inc. *dism 6/23/71* | W.D. Pa. 80-70 Erie | | | |

DOCKET NO. 42 *B*

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTERS NEAR BRADFORD, PENNSYLVANIA ON DECEMBER 24, 1968 AND JANUARY 6, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| | SCHEDULE B -- JANUARY 6, 1969 Crash | |
| B-1 | Archer, Greinder, Hunter & Read<br>518 Market Street<br>Camden, New Jersey 08102 | Capehart & Scatchard *action*<br>217 N. 6th Street<br>Camden, New Jersey 08102 |
| B-2 | Knox, Graham, Pearson & McLaughlin<br>23 W. 10th Street<br>Erie, Pennsylvania 16501 | Will J. Schaaf, Esquire *SAME AS*<br>806 Baldwin Building *A-4, 5 & 6*<br>Erie, Pennsylvania 16501 |
| B-3 | Michael P. Crocker, Esquire<br>900 First National Bank Bldg.<br>Baltimore, Maryland | John H. Mudd, Esquire<br>10 Light Street (7th Floor)<br>Baltimore, Maryland 21202 |
| B-4 | John F. Rauhauser, Jr., Esquire<br>James B. Leckrone, Esquire<br>104 E. Market Street<br>York, Pennsylvania 17401 | Fred R. Taylor, Esquire<br>504 State Street Building<br>Harrisburgh, Pennsylvania |
| B-5 | Edward Orton, Esq.<br>29 E. Main St.<br>North East, Penn. 16428 | |
| B-6 | Harry Alan Sherman, Esq.<br>186 Carlton House<br>550 Grant St.<br>Pittsburgh, Pa. 15219<br><br>Downey, Depietro & Brown, Esqrs.<br>295 Harmon N.W., P.O. Box 28<br>Warren, Ohio 44481<br><br>Sieman, Sieman & Sieman, Esqrs.<br>106 E. Market St.<br>Warren, Ohio 44481 | Reed, Smith, Shaw & McClay, Esqrs.<br>747 Union Trust Bldg.<br>Pittsburgh, Pa. 15219 |
| B-7 | Carney, Good, Brabender,<br>Palmisano & Walsh<br>254 West 6th St.<br>Erie, Penn. 16507<br><br>Bryan, Joslin, Bryan & Schulte<br>1206 G. Daniel Baldwin Bldg.<br>Erie, Penn. 16501 | George J. Miller, Esquire *Same as*<br>1600 Three Penn Center *A-6*<br>Philadelphia, Pa. 19102 |